# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington, DC

January 6, 2022

**Sara T. Schneider**
Partner
213.988.6678 DIRECT
213.629.7401 FAX
sara.schneider@arentfox.com

<u>**VIA ECF**</u>

The Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2022

**Re:** *Carmen Taverez-Vargas, et. al. v. Intersections Inc.*
  **Case No. 1:21-cv-09921-MKV, USDC Southern District of New York**

Dear Judge Vyskocil:

Defendant Intersections Inc. respectfully submits this letter-motion to request 30-day extension of the deadline for Defendant to file a response to the Complaint, ECF No. 1. Defendant's counsel became aware of service of the complaint after the deadline to respond passed on January 4, 2022. Good cause exists for this extension because Defendant's counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading, and Plaintiffs will not be prejudiced by the extension.

Defendant has requested Plaintiffs' consent for this extension, but has not received a response as of the date of this filing. There have been no previous requests made for an extension of this deadline.

| **Current Deadline for Defendant's Answer** | **Proposed Deadline for Defendant's Answer** |
|---|---|
| January 4, 2022 | February 3, 2022 |

The parties are not currently scheduled to appear before the Court.

# Arent Fox

Sincerely,

*/s/ Sara T. Schneider*

Sara T. Schneider (Bar No. 5051982)
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
(213) 988-6678
sara.schneider@arentfox.com
*Counsel for Defendant*

cc:   Counsel of Record (via ECF)

---

**Granted. SO ORDERED.**

Date: 1/7/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge